Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Burnadette Winbush

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURNADETTE WINBUSH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 5:19-cv-00051-FMO-MRW<br><br>|PROPOSED| ORDER ON MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(B) |

　　　The Court hereby awards to Steven G. Rosales attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $12,751.00.  The Court orders Steven G. Rosales to reimburse Burnadette Winbush the amount of $0.00 for EAJA fees previously paid by the Commissioner.

DATE: July 29, 2021

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　THE HONORABLE MICHAEL R. WILNER
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Note - no government position filed with Court.  Order not approved for citation in support of future fee requests.  MRW

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ *Steven G. Rosales*
  | _____
4 | Steven G. Rosales
  | Attorney for plaintiff Burnadette Winbush
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26